*1*

# MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION B-01-008.. |
|---|---|

| Name of Movant | Prisoner's No. | Docket No. |
|---|---|---|
| JOSE SIBRIAN CORTEZ | 92543-079 | B-00-112 ~~B-99-192~~ |

Place of Confinement

F.C.I.M. BEAUMONT, BOX 26040, Beaumont, TX.77720

(Include name upon which convicted)

UNITED STATES OF AMERICA         V

JOSE SIBRIAN CORTEZ,

(Full name of movant)

United States District Court
Southern District of Texas
FILED
JAN 16 2001
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   United states District COurt Southern District Of Texas Brownsville Division

2. Date of judgement of conviction  **July 18, 2000.**

3. Length of sentence  **77 Months.**

4. Nature of offense involved (all counts)  **Illegal Reentry 1326(a) and 1326(b)**

5. What was your plea? (Check one)
   - (a) Not guilty  ☐
   - (b) Guilty  ☒
   - (c) Nolo contendere  ☐

6. Kind of trial: (Check one)
   - (a) Jury  ☐
   - (b) Judge only  ☐  N/A

7. Did you testify at trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of Result _____ **N/A** _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgement in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)  (1) Name of court _____

         (2) Nature of proceedings _____
         _____ **N/A** _____

         (3) Grounds raised _____
         _____
         _____
         _____
         _____ **N/A** _____

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
         Yes ☐    No ☐

         (5) Result _____

         (6) Date of result _____ **N/A** _____

    (b) As to any second petition, application or motion, give the same information:

         (1) Name of Court _____

         (2) Nature of proceeding _____
         _____ **N/A** _____

         (3) Grounds raised _____
         _____
         _____ **N/A** _____
         _____

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
         Yes ☐    No ☐

      (5) Result _____

      (6) Date of Result _____

(c) As to any third petition, application or motion, give the same information:
    (1) Name of Court _____
    (2) Nature of proceeding _____
    _____ **N/A** _____
    (3) Grounds raised _____ .
    _____
    _____ **N/A** _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐     No ☐
    (5) Result _____
    (6) Date of Result _____ **N/A** _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
        (1) First petition, etc.      Yes ☐      No ☒
        (2) Second petition, etc.    Yes ☐      No ☒
        (3) Third petition, etc.     Yes ☐      No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____
_____
              **N/A**

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all grounds in this matter, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for relief. You may raise any ground which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntary or with understanding of the nature of the charge and the consequences of the plea.

(b) Convictions obtained by use of coerced confession.
(c) Convictions obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Convictions obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Convictions obtained by a violation of the protection against self-incrimination.
(f) Convictions obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Convictions obtained by the violation of the protection against double jeopardy.
(h) Convictions obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Fifth Amendment Constitutional Right was violated when defendant rights to Seek and consult Consular Officials at the Salvador COnsulate uner the Vienna Convention were violated.**

Supporting FACTS (tell your story briefly without citing cases or law):

**See memorandum of law**

B. Ground two: **Petitioner was denied effective assistance of counsel at crucial stages of the proceeding, including but not limited to pretrial, plea negociations, and sentencing due to counsel's failure to move for dismissal of the indictment in vilation of petitioner's Fift and Sixth AMendment Guaranteed by the U.S. Const.**

Supporting FACTS (tell your story briefly without citing cases or law):

**See Memorandum**

C. Ground three: **Petitioner's Fifth Amendment Constitutional Right of Due Process was violated by a sentencing court by determining Title 8 U.S.C. § 1326, but merely a sentencing enhancement.?**

Supporting FACTS (tell your story briefly without citing cases or law):

**See Memorandum**

D. Ground four: **Whether Petitioner's prison sentence which is well above the two year statutory maximum authorized by 8 U.S.C. § 1326(a), is illegal because the indictment did not alleged that petitioner was previously convicted of an aggravated felony prior to his illegal re=entry into the U.S.**

A. **In the Statute describing crimes of illegal re-entry after deportation the phrases subsequent to a conviction for commission of a felony and subsequent to a convcition for commission of an aggravated felony describe elements of the offense which must be pleaded by indictmnet and proved beyond a reasonable doubt.** Supporting FACTS (tell your short briefly without citing cases or law):

**See Memorandum of Law**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgement under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgement attacked herein:

    (a) At preliminary hearing __**EDWARD STAPLETON**__

    (b) At arraignment and plea __**SAME**__

    (c) At trial __**SAME**__

    (d) At sentencing __**SAME**__

    (e) On appeal __**N/A**__

Page # 6 of 7

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

    Yes ☐    No ☒

17. Do you have any future sentences to serve after you complete the sentence imposed by the judgement under attack?

    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:
    _____
    _____

    (b) Give date and length of the above sentence: _____
    _____**N/A**_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgement which imposed the sentence to be served in the future?

    Yes ☐    No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

**January 12, 2001**
        (date)

_____
Signature of Movant