3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE SIBRIAN CORTEZ,<br>    Plaintiff-Petitioner, | §<br>§<br>§ |
| VS. | § |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§<br>§<br>§ |

CIVIL ACTION NO. B-01-008

CRIMINAL NO. B-00-112

## O R D E R

Petitioner, Jose Sibrian Cortez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by March 5, 2001.

DONE at Brownsville, Texas, this 19th day of January, 2001.

_____
John Wm. Black
United States Magistrate Judge