```
JOSE SIBRIAN CORTEZ Reg No. 92543-079
F.C.I. BEAUMONT
P.O. BOX 26040
Beaumont, TX. 77720
```

United States District Court
Southern District of Texas
FILED

NOV 20 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Defendant, | & | |
| v | &<br>&<br>& | MOTION FOR LEAVE TO FILE<br>A LATE NOTICE OF APPEAL |
| JOSE SIBRIAN CORTEZ,<br>      Petitioner, | &<br>& | CIVIL ACTION No. B-01-008<br>CRIMINAL No. B-00-112 |

**COMES NOW,** Jose Sibrian Cortez, the Petitioner in the above styled cause, acting in Pro Se, and respectfully moves this Honorable Court for an order Granting permission to file a Late Notice of Apppeal.

The Court's attention is respectfully drawn to the declaration in support filed herein with the instant motion.

Respectfully Submitted this on 13 day of November, 2001.

*[signature]*

JOSE SIBRIAN CORTEZ

In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Defendant, | § § | |
| v | § | NOTICE OF APPEAL |
| | § | CIVIL ACTION No. B-01-008 |
| JOSE SIBRIAN CORTEZ, Petitioner, | § § | CRIMINAL ACTION No. B-00-112 |

**NOTICE** is hereby given that jose Sibrian Cortez, Petitioner in the above entitled matter, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 25, 2001.

Respectfully Submitted,

JOSE SIBRIAN CORTEZ

In Pro Se

Done this on 13 day of November, 2001.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BRONWSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Defendant, | § | |
| | § | RE: U.S. v SIBRIAN CORTEZ |
| v | § | CIVIL No. B-01-008 |
| JOSE SIBRIAN CORTEZ,<br>plaintiff, | § | Criminal No. B-00-112 |
| _____ | § | |

DECLARATION IN SUPPORT OF MOTION
FOR LEAVE TO FILE A LATE NOTICE OF APPEAL

I, Jose Sibrian Cortez, Declare as follows:

**i.** I am Jose Sibrian Cortez, the Plaintiff in the above referred case, No. B-01-008, and Criminal No. B-00-112, United States v Jose Sibrian Cortez.

**ii.** I am appearing Pro Se in this case.

**iii.** That in said capacities I mailed a Motion under 28 U.S.C. § 2255.

**iv.** That on June 25th, 2001, this Honorable Court adopted the Magistrate Judge recommendation and denied Plaintiff Motion.

**v.** That Plaintiff received his dismissed order on June 29, 2001,

**vi.** That on June 28, 2001, Plaintiff was placed on Special Housing Unit (SHU), see Computation Sheet suministred by his Case Manager Mr. T Sacher ( Exhibit A )

**vii.** That the Law allows filing of untimely notice of appeal when the appellant shows that the delay is due to excusable negligence or circumstances beyond his control.

**viii.** That in the present case I did not file a timely Notice of Appeal due to the fact that I was on SHU since June 28, 2001 until October 24, 2001.

**ix.** That due to the lack of knowledge of this country language, I need delay on others inmates to help me in this case.

**x.** That since I have no control over the Institution activities and regulations, denial of the instant motion would be miscarriage of justice.

**xi.** That I have not been recklessness and I am acting with good faith in presenting this Motion to the Court's consideration.

**xii.** The Court's consideration in this matter would be greatly appreicated.

                      Respectfully submitted

                      JOSE SIBRIAN CORTEZ
                      In Pro Se

### CERTIFICATE OF SERVICE

I, Jose Sibrian Cortez, declare under penalty of perjury that I have served a copy of the attached MOTION FOR LEAVE TO FILE A LATE NOTICE OF APPEAL, DECLARATION IN SUPPORT AND NOTICE OF APPEAL upon the United States Attorney Office, who addres is follow:

UNITED STATES ATTORNEY OFFICE
P.O. BOX 61129
HOUSTON, TX. 77208

                      JOSE SIBRIAN CORTEZ

Done this on 13 day of November, 2001.

*Exhibit "A"* (handwritten)

```
BMMAU  531.01  *                INMATE HISTORY              *      11-05-2001
PAGE 001 OF 001 *                  QUARTERS                 *      18:58:03

    REG NO..: 92543-079 NAME....: SIBRIAN-CORTEZ, JOSE
    CATEGORY: QTR       FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT   DESCRIPTION                    START DATE/TIME  STOP  DATE/TIME
BMM    P01-106L     HOUSE P/RANGE 01/BED 106L      10-24-2001 1946  CURRENT
BMM    P02-216L     HOUSE P/RANGE 02/BED 216L      10-24-2001 1333  10-24-2001 1946
BMM    K01-119L     HOUSE K/RANGE 01/BED 119L      10-08-2001 1856  10-24-2001 1333
BMM    K01-108L     HOUSE K/RANGE 01/BED 108L      09-25-2001 0830  10-08-2001 1856
BMM    K01-130U     HOUSE K/RANGE 01/BED 130U      09-18-2001 1353  09-25-2001 0830
BMM    K01-130U     HOUSE K/RANGE 01/BED 130U      09-11-2001 1937  09-18-2001 1353
BMM    K01-125U     HOUSE K/RANGE 01/BED 125U      08-21-2001 1856  09-11-2001 1937
BMM    K01-127U     HOUSE K/RANGE 01/BED 127U      07-24-2001 1914  08-21-2001 1856
BMM    K01-126U     HOUSE K/RANGE 01/BED 126U      07-03-2001 1350  07-24-2001 1914
BMM    Z01-108LAD   HOUSE Z/RANGE 01/BED 108L AD   06-30-2001 0531  07-03-2001 1350
BMM    Z01-116LAD   HOUSE Z/RANGE 01/BED 116L AD   06-28-2001 1948  06-30-2001 0531
BMM    R03-001L     HOUSE R/RANGE 03/BED 001L      06-28-2001 1546  06-28-2001 1948
BMM    P01-114U     HOUSE P/RANGE 01/BED 114U      01-18-2001 2027  06-28-2001 1546
BMM    P01-112U     HOUSE P/RANGE 01/BED 112U      10-18-2000 1816  01-18-2001 2027
BMM    P01-113LH    HOUSE P/RANGE 01/BED 113L H    09-22-2000 1012  10-18-2000 1816
BMM    P01-123U     HOUSE P/RANGE 01/BED 123U      09-13-2000 1757  09-22-2000 1012
BMM    R03-001L     HOUSE R/RANGE 03/BED 001L      09-13-2000 1341  09-13-2000 1757
HOU    D04-219L     HOUSE D/RANGE 04/BED 219L      09-12-2000 2218  09-13-2000 0925
HOU    R01-001L     HOUSE R/RANGE 01/BED 001L      09-12-2000 1918  09-12-2000 2218
```

*Blue = Special Housing Unit.* (handwritten)

*T. Satcher* (handwritten signature)
*Case Manager (PA)* (handwritten)

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE SIBRIAN-CORTEZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-008 |
| VS. | § | |
| | § | CRIMINAL NO. B-00-112 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 25, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 25th day of JUNE, 2001.

Filemon B. Vela
United States District Judge